# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**LESLIE VINALES,**
Appellant,

v.

**WAYFAIR, LLC,**
Appellee.

No. 4D21-2656

[April 21, 2022]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; David Haimes, Judge; L.T. Case No. CACE21-005858.

Jason Tenenbaum of Tenenbaum Law Group, PLLC, Coral Gables, for appellant.

Aaron Reed and Samuel Menaged of Littler Mendelson, P.C., Miami, for appellee.

PER CURIAM.

*Affirmed.*

CONNER, C.J., FORST and ARTAU, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***